UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUN WOOUNG JEONG,

Plaintiff,

-against-

MARKWAYNE MULLIN, et al.,

Defendants.

26-cv-10027 (LJL)

ORDER OF SERVICE

LEWIS J. LIMAN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue a summons as to Markwayne Mullin, Joseph B. Edlow, Carrie M. Selby, Thomas Schuurmans, and Todd Blanche. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of each summons.[1] Given that the defendants named are officers or employees of the United States, sued in their official capacity, Plaintiff is advised to review the requirements of Federal Rule of Civil Procedure 4(i).

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the fees. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

Plaintiff may receive court documents by email by completing the form, Consent to Electronic Service.[2]

SO ORDERED.

Dated: November 19, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.